UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HAROLD E. HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-CV-0028-CVE-PJC |
| | ) | |
| THOMAS E. KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court are the motions to dismiss filed as to the original complaint in this matter (Dkt. ## 22, 24 and 27). Plaintiffs have since filed a first amended complaint (Dkt. # 45), and defendants have refiled their motions to dismiss as to this amended complaint, incorporating their previously filed briefs (Dkt. ## 46, 47, and 51). For this reason, the original motions to dismiss (Dkt. ## 22, 24, and 27) are **denied as moot**.

**IT IS SO ORDERED** this 22nd day of June, 2005.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT